tion by Morris Berman against Michael Tierman. J. V. Mitchell, of New York City, for appellant. M. Slade, of New York City, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs, to appellant to abide event, upon the ground that the verdict of the jury was against the weight of the evidence. Settle order on notice.

BEYER et al., Appellants, v. BOHNET et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Meyer Beyer and another against John Bohnet and others. No opinion. Order affirmed, with $10 costs and disbursements.

BIONDO, Appellant, v. PEOPLE'S TRUST CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Francesca Biondo, as administratrix, etc., of Antonio Biondo, deceased, against the People's Trust Company, etc. No opinion. Order reversed, with $10 costs and disbursements, on the ground that the complaint states a cause of action with respect to the window bar, and motion denied, with costs.

In re BLIVEN. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) In the matter of the application of William W. Bliven for license and admission to practice as an official examiner of title. No opinion. Application granted, and bond approved.

BLUMENFELD et al., Appellants, v. FEDERAL INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by Martin Blumenfeld and others against the Federal Insurance Company. J. McG. Goodale, of New York City, for appellants. W. Harison, of New York City, for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiffs to serve amended complaint on payment of costs in this court and in the court below. Order filed.

BLUMENTHAL, Appellant, v. BROOKLYN UNION ELEVATED R. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by Hyman Blumenthal against the Brooklyn Union Elevated Railroad Company and another. No opinion. Motion denied, without costs. See, also, 158 App. Div. 558, 143 N. Y. Supp. 811.

BODENHEIM v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Julius Bodenheim against the City of New York. No opinion. Application granted. Order signed. See, also, 144 N. Y. Supp. 1106.

BODENHEIM v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Julius Bodenheim against the City of New York. No opinion. Motion granted. Order filed. See, also, 144 N. Y. Supp. 1106.

BONNER, Respondent, v. SMOOT, Appellant. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Frank H. Bonner against Edgar K. Smoot. T. J. Blake, of New York City, for appellant. S. J. Rawak, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BRADLEY CONTRACTING CO., Appellant, v. SUSSWEIN, Respondent. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) Action by the Bradley Contracting Company against Henry M. Susswein. No opinion. Judgment affirmed, with costs. See, also, 157 App. Div. 889, 141 N. Y. Supp. 1110.

BRADY, Respondent, v. NEW YORK, W. & B. RY. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Edwin B. Brady against the New York, Westchester & Boston Railway Company and another. No opinion. Judgment affirmed, with costs.

In re BRAKER (two cases). (Supreme Court, Appellate Division, First Department. October, 1913.) In the matter of Conrad Braker, deceased. No opinion. In each case, motion to dismiss appeal granted, with $10 costs. Memorandum per curiam. See, also, 143 N. Y. Supp. 1107.

BRILL et al. v. JEFFERSON BANK. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Maurice Brill and others against the Jefferson Bank. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 539.

BRILL et al. v. JEFFERSON BANK. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Samuel Brill and others against the Jefferson Bank. No opinion. Motion denied, with $10 costs. Order filed.

BROCKHAUSEN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 14, 1913.) Action by Mary Brockhausen, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment unanimously affirmed, with costs. See, also, 146 App. Div. 413, 131 N. Y. Supp. 133.